IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**Randal Pruit,**

    **Plaintiff,**

vs.                                                          Case No. 2:22-cv-00372-WJ-KRS

**State of New Mexico,**
**Fred Van Soelen**

    **Defendants.**

## ORDER GRANTING UNOPPOSED MOTION FOR PLAINTIFF
## TO AMEND COMPLAINT AND STAY OF DISCOVERY

THIS MATTER having come before the Court on Defendants' Unopposed Motion to Plaintiff to Amend Complaint and Stay of Discovery (Doc. 9), the Court finds that good cause exists to grant Plaintiff leave to amend his Complaint and to issue a stay of discovery. The Court further finds that the motion is well-taken and shall be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall have leave to amend his Complaint until July 26, 2022.

IT IS FURTHER ORDERED that discovery shall be stayed in this proceeding until Plaintiff has amended his Complaint. Defendants shall timely file their motion to dismiss on the basis of absolute and qualified immunity, and the Court shall consider a motion for an additional stay of discovery at that time.

IT IS SO ORDERED.

*/s/ Kevin Sweazea*
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

2

Submitted by:

WALZ AND ASSOCIATES, P.C.

*/s/ Jerry A. Walz*
JERRY A. WALZ, ESQ.
Attorney for Defendants
133 Eubank Blvd NE
Albuquerque, NM 87123
(505) 275-1800
jerryawalz@walzandassociates.com

Approved by:

*/s/ via email 07/12/2022*
Randal K. Pruit, *pro se*
2601 Williams
Clovis, NM 88101
(575) 271-9820
Rpruit0827@gmail.com